386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), asserting that the sentence is unreasonable. Contreras–Flores has filed a supplemental brief challenging his sentence and asserting that his trial counsel was ineffective.

Contrary to counsel's and Contreras–Flores's arguments, we conclude that the district court committed no procedural error in sentencing Contreras–Flores, and that the court imposed a substantively reasonable sentence. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir.2009) (en banc); *United States v. Garcia*, 512 F.3d 1004, 1006 (8th Cir.2008). We decline to review Contreras–Flores's ineffective-assistance claims in this direct appeal. *See United States v. Looking Cloud*, 419 F.3d 781, 788–89 (8th Cir.2005).

Having reviewed the record under *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Accordingly, we grant counsel's motion to withdraw, and we affirm.

Jack Collins, III, Burnsville, MN, pro se.

Thomas Campion Vasaly, Attorney General's Office, St. Paul, MN, for Appellee.

Before MELLOY, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

Jack Collins III appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint for lack of subject matter jurisdiction. After careful de novo review, *see Great Rivers Habitat Alliance v. FEMA*, 615 F.3d 985, 988 (8th Cir.2010), we conclude that dismissal was proper for the reasons the district court stated, *see Harris v. Mo. Court of Appeals*, 787 F.2d 427, 429 (8th Cir.1986) (state courts possess Eleventh Amendment immunity from § 1983 suit). Accordingly, we affirm. *See* 8th Cir. R. 47B.

Jack COLLINS III, Appellant,

v.

DAKOTA COUNTY DISTRICT COURT, Appellee.

No. 11–2411.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 12, 2011.

Filed: Oct. 20, 2011.

Ira J. GIBSON, Appellant,

v.

MILLCREEK OF ARKANSAS, Appellee.

No. 11–1425.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 9, 2011.

Filed: Oct. 20, 2011.

---

1. The Honorable Susan Richard Nelson, United States District Court Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.